# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOHO CO., LTD., | ) |
| | ) Case No. 24-cv-4006 |
| Plaintiff, | ) |
| | ) Judge Matthew F. Kennelly |
| v. | ) |
| | ) Magistrate Judge Beth W. Jantz |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED ON SCHEDULE | ) |
| A HERETO, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 21 "FUN FUN HOBBY JAPAN!"

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff TOHO CO., LTD. hereby dismisses without prejudice all causes of action in the complaint as to Defendant No. 21 "Fun Fun Hobby Japan!". As a result, Defendant's to Dissolve the Temporary Restraining Order and Prevent the Preliminary Injunction [Dkt. No. 40] is moot. In light of the Notice of Dismissal, the hearing date scheduled for June 26, 2024 [Dkt. No. 54] is no longer necessary. Each party shall bear its own attorney's fees and costs.

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: June 24, 2024        By:    s/Michael A. Hierl
                                   Michael A. Hierl (Bar No. 3128021)
                                   William B. Kalbac (Bar No. 6301771)
                                   Robert P. McMurray (Bar No. 6324332)
                                   Hughes Socol Piers Resnick & Dym, Ltd.
                                   Three First National Plaza
                                   70 W. Madison Street, Suite 4000
                                   Chicago, Illinois 60602
                                   (312) 580-0100 Telephone
                                   mhierl@hsplegal.com

                                   Attorneys for Plaintiff
                                   TOHO CO., LTD.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 24, 2024.

s/Michael A. Hierl