**Rosenbaum & Segall, P.C.**
AmazonSellersLawyer.com

780 Long Island Blvd., Long Beach, NY 11561
**Phone:** 212-256-8499
**Skype/ WeChat:** AmazonSellersLawyer
www.AmazonSellersLawyer.com

June 25th, 2024

The Honorable Matthew F. Kennelly
United States District Judge
Northern District of Illinois
219 S. Dearborn St., Suite 500
Chicago, IL 60604

Re: TOHO CO., LTD., v. THE INDIVIDUALS, ET AL., **Case No: 24-cv-4006**

Dear Honorable Matthew F. Kennelly,

Our office represents Defendant No. 21, FUN FUN HOBBY JAPAN!. Pursuant to this Court's Order, there is a hearing on June 26th, 2024. In light of the dismissal entered yesterday against our client, we will not appear in Court, unless the Court would like us to still be present.

Respectfully we have requested that the dismissal be refiled to allow a dismissal <u>with prejudice,</u> but we are still awaiting a response from Plaintiff's Counsel, Mr. William B. Kalbac.

If this Honorable Court has any remaining instructions please let me know and we will immediately comply. We thank the Court for its time and attention to this matter.

Respectfully,

/s/ *Cory Jay Rosenbaum*
C.J. Rosenbaum, Esq
Rosenbaum & Segall, P.C.
780 Long Beach Blvd.,
Long Beach, NY 11561
CJR@AmazonSellersLawyer.com
212-256-1109