**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Toho Co., Ltd., et al.

        Plaintiff,

v.

        Case No.: 1:24−cv−04006

        Honorable Matthew F. Kennelly

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 26, 2024:

        MINUTE entry before the Honorable Matthew F. Kennelly: In person preliminary injunction hearing held on 6/26/2024. Plaintiff's counsel reported that all defendants are either covered by the preliminary injunction or have been dismissed. The preliminary injunction hearing set for 7/22/2024 is vacated. The case is set for a telephonic status hearing on 9/6/2024 at 9:00 a.m. The deadline to file a motion for default judgment is 8/30/2024. The following call−in number will be used for the hearing: 650−479−3207; access code 980−394−33. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.